Carlos H. Camposano Ruiz
Name and Prisoner/Booking Number

C.H.D.C. - Florence
Place of Confinement

P.O. Box 6300
Mailing Address

Florence Az 85132
City, State, Zip Code

```
                    ┌─────────────────────────────┐
                    │ ___ FILED      ___ LODGED   │
                    │ ___ RECEIVED   ___ COPY     │
                    │ 9  ┌──────────────────┐  9  │
                    │    │   SEP 16 2016    │     │
                    │    └──────────────────┘     │
                    │   CLERK U S DISTRICT COURT  │
                    │    DISTRICT OF ARIZONA      │
                    │ BY_____ DEPUTY│
                    └─────────────────────────────┘
```

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Carlos Alberto Camposana
(Full Name of Plaintiff)

Plaintiff,

v.

(1) FCI Tucson ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CV 16-0611 TUCJASPSOT**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Tucson Az. _____.

Revised 3/11/16

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _FCT Tucson_. The first Defendant is employed
as: _Detention Center_ at _YACCA Sauth_.
             (Position and Title)                      (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
as: _____ at _____.
             (Position and Title)                      (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed
as: _____ at _____.
             (Position and Title)                      (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at _____.
             (Position and Title)                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: I was transfered from the wilmot facility to C.A.D.C. and I have not received the money I had on my books $264.12 total amount.

2.  **Count I**.  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care

☐ Disciplinary proceedings     ☒ Property     ☐ Exercise of religion     ☐ Retaliation

☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

I have waited 5 months to receive my money and still no answer from them I have tried many times to and various ways to contact them and still no answer I have no been able to buy the things I need for my self like hygiene or phone time due to not having my money on my books. I am really stressed about this I need help adressing this issue please and thank you

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Wilmot facility has Failed to pay my money and has not answered me at all.

5.  **Administrative Remedies:**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes     ☐ No

b.  Did you submit a request for administrative relief on Count I?     ☐ Yes     ☐ No

c.  Did you appeal your request for relief on Count I to the highest level?     ☐ Yes     ☐ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

3

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what
**each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without
citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
your institution? ☐ Yes ☐ No
b.  Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
c.  Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
did not. _____
_____.

**COUNT III**

1.    State the constitutional or other federal civil right that was violated: _____
_____.

2.    **Count III.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities              ☐ Mail              ☐ Access to the court         ☐ Medical care
☐ Disciplinary proceedings     ☐ Property         ☐ Exercise of religion        ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety ☐ Other: _____.

3.    **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.    **Administrative Remedies.**
      a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                              ☐ Yes      ☐ No
      b.    Did you submit a request for administrative relief on Count III?           ☐ Yes      ☐ No
      c.    Did you appeal your request for relief on Count III to the highest level?  ☐ Yes      ☐ No
      d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I would like to be compensated with my money Immediately and have it put in my books I have waited 5 month I shouldn't have to wait any longer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-29-16___                        _Carlos Camposano Ruiz_
                 DATE                                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Date: 05/17/2016
Time: 6:40:56 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Withdrawal Details Report**
Sensitive But Unclassified

Facility: TCN

Transaction Report

Inmate Reg. Number: 31479408
Inmate Name: CAMPOSANO-RUIZ, CARLOS
Date/Time: 04/26/2016 10:05:30 AM
System Transaction #: 3795149
Withdrawal Type: Release-Treas Chk
Amount: ($264.12)
Reference #: RREL0185
YREGDOC #:
Payment #: 1188
User Id: TF36331
Monthly Withdrawal: No
Check Memo:
Comments:

Payee First Name: CARLOS
Payee Last Name: CAMPOSANO-RUIZ
Payee Address 1: FACILITY:CADC NO.2163898
Payee Address 2: P.O. BOX 933488
Payee City: ATLANTA
Payee State: Georgia
Payee Zip: 31193-3488
Payee Country: United States
Bank Routing #:
Account #:
Account Type:

Workstation ID: TCN-W7-DC2NJK1

User ID: TF43579

Page 1 of 1

| Phoenix & Prescott Divisions: | **OR** | Tucson Division: |
|---|---|---|
| U.S. District Court Clerk | | U.S. District Court Clerk |
| U.S. Courthouse, Suite 130 | | U.S. Courthouse, Suite 1500 |
| 401 West Washington Street, SPC 10 | | 405 West Congress Street |
| Phoenix, Arizona  85003-2119 | | Tucson, Arizona  85701-5010 |

7.   Change of Address.   You must immediately notify the Court and the defendants in writing of any change in your mailing address.   **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8.   Certificate of Service.   You must furnish the defendants with a copy of any document you submit to the Court (except the initial complaint and application to proceed in forma pauperis). Each original document (except the initial complaint and application to proceed in forma pauperis) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the defendants and the address to which it was mailed.   *See* Fed. R. Civ. P. 5(a), (d).   Any document received by the Court that does not include a certificate of service may be stricken.   **This section does not apply to inmates housed at an Arizona Department of Corrections facility that participates in electronic filing.**
A certificate of service should be in the following form:

I hereby certify that a copy of the foregoing document was mailed
this   8 - 29 - 16   (month, day, year) to:
Name:   FCI tucson
Address:   8901 S. Wilmot Road Tucson Az. 85746
Attorney for Defendant(s)

(Signature)

9.   Amended Complaint.   If you need to change any of the information in the initial complaint, you must file an amended complaint.   The amended complaint must be written on the court-approved civil rights complaint form.   You may file one amended complaint without leave (permission) of Court within 21 days after serving it or within 21 days after any defendant has filed an answer, whichever is earlier.   *See* Fed. R. Civ. P. 15(a).   Thereafter, you must file a motion for leave to amend and lodge (submit) a proposed amended complaint.   LRCiv 15.1.   In addition, an amended complaint may not incorporate by reference any part of your prior complaint.   LRCiv 15.1(a)(2).   **Any allegations or defendants not included in the amended complaint are considered dismissed.**   All amended complaints are subject to screening under the Prison Litigation Reform Act; screening your amendment will take additional processing time.

10.   Exhibits.   You should not submit exhibits with the complaint or amended complaint. Instead, the relevant information should be paraphrased.   You should keep the exhibits to use to support or oppose a motion to dismiss, a motion for summary judgment, or at trial.

11.   Letters and Motions.   It is generally inappropriate to write a letter to any judge or the staff of any judge.   The only appropriate way to communicate with the Court is by filing a written pleading or motion.

2