# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Alberto Camposano Ruiz,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Correctional Institution-Tucson,<br><br>    Defendant. | **NO. CV-16-00611-TUC-JAS (PSOT)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's order filed October 5, 2016, judgment is entered. This action is dismissed without prejudice for failure to comply with the Court's order.

Brian D. Karth
District Court Executive/Clerk of Court

November 28, 2016

By   s/ M Rodriguez
     Deputy Clerk